## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY HANNAH,             :       CIVIL ACTION
        **Plaintiff,**             :
                                     :
     **v.**                        :
                                     :
**SCHOOL DISTRICT OF PHILADELPHIA**   :      NO. 17-4669
**SCHOOL REFORM COMMISSION,**       :
        **Defendants.**            :

### ORDER

AND NOW, this 14th day of November, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis*, his *pro se* complaint, and his *pro se* amended complaint, it is ORDERED that:

1.     Leave to proceed *in forma pauperis* is GRANTED.

2.     The Clerk of Court shall file the complaint and amended complaint in this action.

3.     The complaint and amended complaint are DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

4.     The Clerk of Court shall CLOSE this case.

BY THE COURT:

MITCHELL S. GOLDBERG, J.